BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>APPROXIMATELY $23,900.00 IN U.S. CURRENCY,  and<br><br>APPROXIMATELY $36,280.44 SEIZED FROM CHASE BANK ACCOUNT NUMBER 676548004,<br><br>        Defendants. | 2:13-MC-00085-JAM-CKD<br><br><br>STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN  AN INDICTMENT ALLEGING FORFEITURE |

It is hereby stipulated by and between the United States of America and claimant Jeffery M. Wakamiya ("claimant"), by and through their respective counsel, as follows:

1.      On or about May 17, 2013, claimant Jeffery M. Wakamiya filed a claim, in the administrative forfeiture proceedings with the Drug Enforcement Administration ("DEA") with respect to the Approximately $23,900.00 in U.S. Currency, which was seized on February 21, 2013, and the Approximately $36,280.44 from Chase Bank Account Number 676548004, which was seized on or about February 25, 2013 (hereafter "defendant funds").

2.      The DEA has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  The time has expired for any person to file a claim to the

1
Stipulation and Order to Extend Time

1  defendant funds under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than the claimant has filed a
2  claim to the defendant funds as required by law in the administrative forfeiture proceeding.

3        3.      Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for
4  forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds
5  are subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture
6  proceedings, unless the court extends the deadline for good cause shown or by agreement of the parties.
7  That deadline is currently August 15, 2013.

8        4.      By Stipulation and Order filed August 14, 2013, the parties stipulated to extend to
9  September 16, 2013, the time in which the United States is required to file a civil complaint for
10 forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds
11 are subject to forfeiture.

12       5.      As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to further
13 extend to October16, 2013, the time in which the United States is required to file a civil complaint for
14 forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds
15 are subject to forfeiture.

16       6.      Accordingly, the parties agree that the deadline by which the United States shall be

17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

Stipulation and Order to Extend Time

required to file a complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture shall be extended to October 16, 2013.

Dated: 9/13/13

BENJAMIN B. WAGNER
United States Attorney

By: /s/ Kevin C. Khasigian
KEVIN C. KHASIGIAN
Assistant U.S. Attorney

Dated: 9/13/13

/s/ Patrick K. Hanly
PATRICK K. HANLY
Attorney for claimant
Jeffery M. Wakamiya

(Authorized by email)

IT IS SO ORDERED.

Dated: 9/16/2013

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Court Judge